No. 89–357. Ross *v.* Midwest Communications, Inc., dba WCCO Television, et al. C. A. 5th Cir. Certiorari denied.

No. 89–359. Stewart *v.* Pearson Lumber Co. C. A. 11th Cir. Certiorari denied.

No. 89–363. Smile *v.* Tennessee. Ct. Crim. App. Tenn. Certiorari denied.

No. 89–374. Ray *v.* Jones, Warden. C. A. 6th Cir. Certiorari denied.

No. 89–375. Torcaso *v.* Virginia. Sup. Ct. Va. Certiorari denied.

No. 89–376. General Dynamics Corp. *v.* Trevino et al. C. A. 5th Cir. Certiorari denied.

No. 89–380. Caldwell *v.* Southwestern Bell Telephone Co. C. A. 10th Cir. Certiorari denied.

No. 89–381. Maine *v.* Wing et al. Sup. Jud. Ct. Me. Certiorari denied.

No. 89–382. Smith et al. *v.* Kentucky Democratic Party et al. C. A. 6th Cir. Certiorari denied.

No. 89–384. Brown et al. *v.* 1250 Twenty-Fourth Street Associates et al. C. A. D. C. Cir. Certiorari denied.

No. 89–389. McDonnell *v.* Episcopal Diocese of Georgia. Ct. App. Ga. Certiorari denied.

No. 89–392. Brown et al. *v.* 1250 Twenty-Fourth Street Associates et al. C. A. D. C. Cir. Certiorari denied.

No. 89–395. Dow Chemical Co. *v.* Greenhill et al. C. A. 5th Cir. Certiorari denied.

No. 89–396. Wiggins et al. *v.* Firestone Tire & Rubber Co. C. A. 6th Cir. Certiorari denied.